UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

CINDY JO KEELE, )
)
        Plaintiff, )
)
v. ) 4:16-cv-112-TAV-SKL
)
COMMISSIONER OF SOCIAL SECURITY )
ADMINISTRATION, )
)
        Defendant. )

# ORDER

Before the Court is a motion [Doc. 2] and application for leave to proceed *in forma pauperis* ("Application") [Doc. 2-1] filed by Plaintiff Cindy Jo Keele ("Plaintiff"). Plaintiff's Complaint [Doc. 1] seeks review of the Commissioner of Social Security's decision to deny her long-term disability benefits and supplemental security income.

Plaintiff's Application provides the Court with insufficient information to determine whether she is indigent. Plaintiff check marked "Yes" that she received $23,000 in "compensatory damages from an ADA discrimination Lawsuit" in response to a question contained in the Application asking if Plaintiff received any money from any sources such as rent payments, interest, dividends, pensions, annuities, life insurance, inheritances or gifts, and any other source and amount within the past twelve months [Doc 2-1 Page ID # 14]. No other explanation or information is given and it is unclear where these funds are since Plaintiff stated she had only $20.00 in a checking account and no funds in a savings account and has not accounted for the $23,000.00 or any part of it elsewhere in her application. Plaintiff states she does not have a vehicle, has no other assets, does not contribute to her living expenses, and states she lives with her parents. Without more information about this amount of $23,000.00 listed on her application, the Court cannot determine whether Plaintiff is able to pay the Court's filing fee while still affording

the necessities of life.  Accordingly, the Court **ORDERS** Plaintiff to submit within **30 days** an explanation of the status of the $23,000.00 amount received within the last twelve months or to pay the filing fee.   Failure to submit the requested information or pay the filing fee within **30 days** of the entry of this Order could result in the denial of Plaintiff's motion.

     SO ORDERED.

     ENTER:

*s/ Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE